May 06 2008 3:08PM   HP LASERJET FAX                                         p.2
05/06/2008  12:43   212-521-5450           REED SMITH LLP                 PAGE 02/02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

ALPHA CAPITAL ANSTALT,

            Plaintiff,

   -against-

BRILLIANT TECHNOLOGIES,
CORPORATION,

            Defendant.
---------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/2008

08-CV-03369 (DAB)

**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for the parties hereto, as follows:

    1.    Defendant Brilliant Technologies Corporation ("Brilliant") shall serve its answer, motion or otherwise respond to the Complaint in this action by June 4, 2008.

    2.    Counsel for Brilliant hereby accepts service of the Complaint on behalf of Brilliant.

    3.    This stipulation may be executed in counterparts and signed with a facsimile signature and be so filed with the Court.

DATED:  May 6, 2008
              New York, New York

LAW OFFICES OF KENNETH A. ZITTER

By: _____
Kenneth A. Zitter, Esq.
260 Madison Avenue
New York, NY 10016
Tel: (212) 532-8000
Fax: (212) 679-8998
*Attorneys for Plaintiff*

REED SMITH LLP

By: _____
Lawrence J. Reina, Esq.
599 Lexington Avenue
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
*Attorneys for Defendant*

SO ORDERED:

_Deborah A. Batts_
U.S.D.J.
5/9/2008