May 29 2008 4:41PM    HP LASERJET FAX                                                p.2
05/29/2008  16:28   212-521-5450         REED SMITH LLP                        PAGE  02/02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ALPHA CAPITAL ANSTALT,

        Plaintiff,

-against-

BRILLIANT TECHNOLOGIES,
CORPORATION,

        Defendant.
----------------------------------------X

08-CV-03369 (DAB)

**STIPULATION AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-30-2008

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, counsel for the parties hereto, as follows:

    1.    The time for Defendant Brilliant Technologies Corporation ("Brilliant") to serve its answer, motion or otherwise respond to the Complaint in this action, currently scheduled for June 4, 2008, is hereby extended to June 11, 2008.

    2.    This stipulation may be executed in counterparts and signed with a facsimile signature and be so filed with the Court.

DATED:  May 29, 2008
              New York, New York

LAW OFFICES OF KENNETH A. ZITTER

By: _____ (NF)
Kenneth A. Zitter, Esq.
260 Madison Avenue
New York, NY 10016
Tel: (212) 532-8000
Fax: (212) 679-8998
*Attorneys for Plaintiff*

REED SMITH LLP

By: _____
Lawrence J. Reina, Esq.
599 Lexington Avenue
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
*Attorneys for Defendant*

SO ORDERED:

_Deborah A. Batts_
U.S.D.J.
5/30/2008