**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
                                                                :
ALPHA CAPITAL ANSTALT                                          :
                                                                :          **08 CV 03369 (DAB)**
                              Plaintiff,                       :
                                                                :
              -against-                                        :     **NOTICE OF MOTION**
                                                                :
BRILLIANT TECHNOLOGIES                                         :
CORPORATION,                                                    :
                              Defendant.                       :
                                                                :
-------------------------------------------------------------- x


   **PLEASE TAKE NOTICE** that upon the Declaration of Lawrence J. Reina, Esq. dated

June 11, 2008 and the exhibits provided therewith and the accompanying Memorandum of Law,

the undersigned will move this Court before the Honorable Deborah A. Batts, United States

District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl

Street, Room 2510, New York New York 10007, on a date and time to be determined by the

Court, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6):  (i)

dismissing Counts I and II of the Plaintiff's Complaint; and  (ii) for such other relief as the Court

deems necessary and proper.

   **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1(b), opposition

papers, if any, must be served so as to be received no later than June 25, 2008.

Dated:  New York, New York          REED SMITH LLP
        June 11, 2008

                                    By:   /s/ Lawrence J. Reina
                                        Lawrence J. Reina, Esq. (LR 7327)
                                    599 Lexington Avenue
                                    22nd Floor
                                    New York, NY  10022-7650
                                    Telephone:  212.521.5400
                                    Facsimile:  212.521.5450

                                    *Attorneys for Defendant*

- 2 -

To:

Kenneth A. Zitter, Esq
Law Offices of Kenneth A. Zitter
260 Madison Avenue, 18th Floor
New York, New York 10016
212-532-8000

*Attorneys for Plaintiff*