UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alpha Capital Anstalt

Plaintiff,

-v-

Brilliant Technologies Corporation

Defendant.

Case No. 08-CV-3369 (DAB)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Brilliant Technologies Corporation (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** June 11, 2008

**Signature of Attorney**

**Attorney Bar Code:** LR-7327

Form Rule7_1.pdf SDNY Web 10/2007