United States District Court
Southern District of New York
------------------------------------------------------x

Alpha Capital Anstalt,

                Plaintiff,

     vs.

Brilliant Technologies Corporation,

                Defendant.

------------------------------------------------------x

Stipulation

08 CV 03369 (DAB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-1-2008

It is hereby stipulated and agreed between the undersigned counsel that the time for Plaintiff Alpha Capital Anstalt to respond to Defendant's motion to dismiss is extended to and including August 4, 2008. Any reply papers should be filed on or before August 18, 2008.

Dated: New York, New York
       June 24, 2008

Law Offices of Kenneth A. Zitter

By:_____
   Kenneth A. Zitter, Esq.
   260 Madison Avenue
   18th Floor
   New York, New York 10016
   (212) 532-8000
   Attorneys for Plaintiff

Reed Smith

By:_____
   Lawrence J. Reina, Esq.
   599 Lexington Avenue
   28th Floor
   New York, New York 10022
   (212) 521-5400
   Attorneys for Defendant

So Ordered:

*Deborah A. Batts*
U.S.D.J.
7/1/2008