United States District Court
Southern District of New York
----------------------------------------------------------x
Alpha Capital Anstalt,

                              Plaintiff,                  Notice of Voluntary Dismissal
                                                                  <u>Without Prejudice</u>

    vs.
                                                                       08 CV 03369 (DAB)

Brilliant Technologies Corporation,

                              Defendant.
----------------------------------------------------------x

Sirs:

Please take notice that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, whereas Defendant Brilliant Technologies Corporation has not filed an answer or a motion for summary judgment, Plaintiff Alpha Capital Anstalt, hereby voluntarily dismisses the captioned action without prejudice.

Dated: New York, New York
         July 30, 2008

                                                  Law Offices of Kenneth A. Zitter

                                                  By:_____
                                                    Kenneth A. Zitter, Esq.
                                                    Attorneys for Alpha Capital Anstalt
                                                    260 Madison Avenue -18th Floor
                                                    New York, New York 10016
                                                    (212) 532-8000
                                                    KAZ - 3195

To:    Lawrence J. Reina, Esq.
         Reed Smith
         599 Lexington Avenue - 28th Floor
         New York, New York 10022