United States District Court
Southern District of New York
----------------------------------------------------------x
Alpha Capital Anstalt,

                    Plaintiff,

    vs.

Brilliant Technologies Corporation,

                    Defendant.
----------------------------------------------------------x

Notice of Voluntary Dismissal
<u>Without Prejudice</u>

08 CV 03369 (DAB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 7/31/2008

Sirs:

Please take notice that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, whereas Defendant Brilliant Technologies Corporation has not filed an answer or a motion for summary judgment, Plaintiff Alpha Capital Anstalt, hereby voluntarily dismisses the captioned action without prejudice.

Dated: New York, New York
        July 30, 2008

                                            Law Offices of Kenneth A. Zitter

                                            By: _____
                                            Kenneth A. Zitter, Esq.
                                            Attorneys for Alpha Capital Anstalt
                                            260 Madison Avenue -18th Floor
                                            New York, New York 10016
                                            (212) 532-8000
                                            KAZ - 3195

To:   Lawrence J. Reina, Esq.
        Reed Smith
        599 Lexington Avenue - 28th Floor
        New York, New York 10022

*All pending motions are DENIED as moot.*

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE